**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CATHERINE KLEIBER,<br>DAN KLEIBER,<br>GILBERT KLEIBER, AND<br>EZRA KLEIBER,<br><br>Petitioners,<br><br>v.<br><br>THE FEDERAL COMMUNICATIONS COMMISSION,<br><br>and<br><br>THE UNITED STATES OF AMERICA,<br><br>Respondents. | ) | UNITED STATES COURT OF APPEALS<br>FOR DISTRICT OF COLUMBIA CIRCUIT<br>OCT 20 2026<br>RECEIVED |

## PETITION FOR REVIEW

Pursuant to 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) and 2344, FRAP 15(a), and Local Rule 15, Catherine, Dan, Gilbert, and Ezra Kleiber ("Petitioners") hereby petition the Court for review of the resolution of Federal Communications Commission ("FCC" or "Commission") *WC Docket No. 26-170 Comments Invited on Verizon's Section 214 Application to Discontinue Domestic Legacy Voice*

*Services as Part of a Technology Transition*, addressing Verizon/Frontier Communication's proposed discontinuance of service over their copper line network which will result, on November 16, 2026, in our family losing our telephone and internet service with no viable alternative. WC Docket No. 26-170, a copy of which is attached as Exhibit B to this petition, was released on July 21, 2026 and deemed granted on August 21, 2026.

This Court has jurisdiction pursuant to 28 U.S.C. § 2342(1). Venue is proper in this Court pursuant to 28 U.S.C. § 2343.

Petitioners would have actively participated in the agency proceedings, including filing public comments, had we received notice in a timely fashion as required by Statute and Commission rules. However, Petitioners first received notice of the discontinuance of their landline phone and DSL internet service on September 29, 2026 through an insert in their phone bill envelope when paying the bill. This notice came long AFTER Verizon/Frontier Communications submitted their "application for authority under Section 214(a) of the Communications Act and Section 63.71 of the Commission's rules to discontinue their legacy TDM-based voice service" on July 7, 2026, the FCC opened the Docket on July 21, 2026, set the deadline for comment for August 5, 2026, and allowed it to be deemed granted on August 21, 2026. Please see Exhibit A which holds copies of our phone/DSL bill since June 2026, inserts in the August and September bills,

including the notification insert which arrived in September. (Inserts from June and July were lost to recycling, but none were important.) The "Important Messages" section on all the bills is thoroughly innocuous and certainly does not suggest impending service discontinuation. The insert from September was the first notice we received.

The notice we did receive was inadequate. Although Frontier Communications makes it sound as though it is only discontinuing "legacy TDM-based voice service," they are in fact discontinuing all copper service, including the DSL service a federal grant only allowed to be installed in our area in 2021. We verified this via a phone call to the number they provided. They specifically stated during the call that they are discontinuing all copper services, including the DSL we currently use to access the internet, not just our phone, pursuant to the FCC approval in this proceeding. The choices that they list to replace the services that we rely on only include fiber (which we currently do not have access to) and wireless (which we cannot use). Despite the fact that they have clearly stated to us that they are discontinuing ALL copper line services, including DSL, the notice they sent to customers (a copy of ours is attached) only mentions phone service discontinuance, not DSL discontinuance, a violation of FCC rules.

Petitioners are filing a Petition for Reconsideration and Request for Emergency Stay with the FCC. However, the service discontinuance will

eliminate the Petitioners only viable mode of telephonic and internet communication, so Petitioners are filing a Petition for Review with the D.C. Court of Appeals as well.

Petitioners previously filed an Amicus Curiae Brief in D.C. Circuit Court of Appeals case No. 20-1025, Environmental Health Trust et al. vs. Federal Communications Commission regarding the harm done to our family by ambient wireless radiation exposure and have continued to be injured by FCC, Food and Drug Administration (FDA), and Environmental Protections Agency (EPA) negligent inaction while FCC has ignored the resulting D.C. Circuit Court remand.

Petitioners have continued to participate in as many relevant FCC Dockets as we have been able to in the years since D.C. Circuit Court of Appeals case No. 20-1025, filing in *FCC 20-52 5G Fund for Rural America*, GN Docket No. 20-32; *Modernizing the Commission's National Environmental Policy Act Rules*, WT Docket No. 25-217; *Build America: Eliminating Barriers to Wireless Deployments* WT Docket No. 25-276; and *Petition for Reconsideration* of FCC Order 26-1: *Unlicensed Use of the 6 GHz Band*, ET Docket No. 18-295 and *Expanding Flexible Use in Mid-Band Spectrum Between 3.7 and 24 GHz*, GN Docket No. 17-183. Catherine and Dan Kleiber have also participated in copper line deregulation/termination dockets on behalf of the family, including Dockets 13-5,

12-353, and 16-383. Thus, the FCC has been aware of and has unlawfully ignored the legal violations relevant to this case.

A simple *pro forma* objection would have been sufficient to establish participation in this proceeding. We were prevented from having the opportunity to do even this by Verizon/Frontier Communications' procedural violations and late/inadequate notice. No man should profit from his own wrong, so we respectfully petition the Court to allow this case to continue.

The injury done to us by FCC, FDA, and EPA has caused us such disability that we have been largely isolated on our farm as far from wireless systems as the ever-increasing proliferation of wireless transmitting towers allows us to be. This has been emotionally difficult, but at least, until now, we have been able to conduct our business and remain in contact with family and friends through wired telephonic and internet communication. Frontier Communications seeks to force us to use wireless technology to communicate. This is a violation of The 2008 Americans with Disabilities Act Amendments. It would be akin to forcing people with serious peanut allergies to eat peanut butter all the time - hazardous, inhumane, and illegal. Evidence presented in numerous FCC dockets and our Petition for Reconsideration shows that the inadequate FCC radiofrequency exposure limits are causing a public health crisis and destabilizing society and,

thus, forcing use of wireless communication methods is not in the public interest and contrary to the law.

In allowing Verizon/Frontier Communications' application for discontinuance to be "deemed granted," despite institutional knowledge of harm to health and the environment and record evidence discussing harm to "public convenience and necessity" and the lack of reasonable alternatives, the FCC has shown its decision-making to be arbitrary and capricious and not in accordance with the law. Docket filings by three different states requested that the FCC stop the fast-track approval of Verizon/Frontier Communications's discontinuance application because granting the application would be detrimental to "public convenience and necessity" or contrary to the law: Nebraska Public Service Commission - "the risk of harm to consumers is significant without reasonable opportunity to ensure there is an adequate replacement service before a disconnection"; the Joint Comments of the Office of the Minnesota Attorney General (Residential Utilities Division) and the Minnesota Department of Commerce - "Verizon's rural Minnesota telephone customers may lack consistent access to emergency services and voice service post-transition."; and the Indiana Utility Regulatory Commission - "The Indiana local exchange companies above are all currently designated as eligible telecommunications carriers (ETCs) in Indiana and are obligated to offer local exchange service throughout their designated service areas pursuant to 47 U.S.C. §

214(e)(1)." and "the Indiana Commission Counsel recommends that the four Indiana Frontier companies' Section 214 discontinuance applications should not be granted until such a time their ETC designations are relinquished."

FCC has clearly not engaged in reasoned decision-making, has ignored record evidence and procedural deficiencies, violating the law and jeopardizing access to safe reliable telephone and internet services for thousands of customers while compromising public and environmental health and "public convenience and necessity" in the process. In light of the institutional knowledge and record evidence of harm to health and the human environment, the Commission was required to prepare an environmental impact statement prior to proceeding, something it has failed to do.

Allowing the application for discontinuance of copper service to be automatically deemed granted exceeds the Commission's statutory authority and poses significant risks to the public health, safety, and security.

The foregoing discussion is intended to provide a basic statement of the situation, not an exhaustive summary.

Furthermore, in light of the D.C. Circuit Court of Appeals own recent action requiring the FCC to answer the Citizen Petition by the Environmental Health Trust and Children's Health Defense and the ongoing Department of Health and Human Services Request for Information, it is a violation of the law and an abuse

of discretion for the FCC to approve widespread discontinuance of copper line communication services, as the FCC is currently allowing without reasoned decision-making through its deemed granted rules.

Petitioners seek review of the decision under federal law, including but not limited to the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.* and § 701 *et seq.*, the Communications Act of 1934, as amended, 47 U.S.C. § 151 *et seq.*, the FCC's regulations promulgated thereunder, the National Environmental Policy Act, as amended, 42 U.S.C. § 4321 *et seq.*, and the Council on Environmental Quality's and FCC's regulations promulgated thereunder, The Americans with Disabilities Act of 1990, as amended by The 2008 ADA Amendments, 42 U.S.C. § 12101 *et seq.* and 47 U.S.C. § 225.

Petitioners seek a determination by this Court that the Order: (i) violates the above-referenced statutes and regulations; (ii) is arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with the law; (iii) is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right; (iv) was adopted without observance of procedure required by law; and (v) is otherwise contrary to law.

Accordingly, Petitioners respectfully request that this Court hold unlawful, vacate, enjoin, and set aside the decision, and grant such other relief as the Court may deem appropriate.

Respectfully submitted,

Catherine E. Kleiber
Daniel J. Kleiber
Gilbert D. Kleiber
Ezra M. Kleiber
N9387 Riverview Dr.
Waterloo, WI 53594
920-478-9696

October 16, 2026

## CERTIFICATE OF SERVICE

I hereby certify that, on October 16, 2026, I sent copies of the forgoing Petition for Review to the following parties by the manner indicated:

*By First Class Mail and Electronic Mail*
Adam Candeub
General Counsel
Federal Communications Commission
445 12th Street, S.W.
Room 8-A741
Washington, DC 20554
LitigationNotice@fcc.gov

*By First Class Mail*
Todd Blanche
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC 20530

Respectfully submitted,

Catherine E. Kleiber

## MOTION FOR EXTENSION OF TIME FOR FILING

We respectfully make a motion for extension of the time required for filing our Petition for Review, as needed. We have made every effort in the very limited time available to us in light of the procedural violations by Verizon/Frontier Communications to file in a timely manner. However, since this is the first time we are filing a Petition for Review, we are unable to access the electronic filing system and, although we are mailing the enclosed Petition for Review using overnight delivery service in sufficient time to be timely, actual delivery time is out of our control.

We respectfully request that its arrival still be considered timely.

Respectfully submitted,

Catherine E. Kleiber
Daniel J. Kleiber
Gilbert D. Kleiber
Ezra M. Kleiber
N9387 Riverview Dr.
Waterloo, WI 53594
920-478-9696

October 16, 2026

## MOTION FOR PERMISSION TO REGISTER AS ECF FILER

We respectfully submit a Motion to request permission to register Catherine Kleiber as an ECF filer so that we can more easily ensure that the Court receives future filings in a timely manner.

Respectfully submitted,


Catherine E. Kleiber

Daniel J. Kleiber

Gilbert D. Kleiber

Ezra M. Kleiber
N9387 Riverview Dr.
Waterloo, WI 53594
920-478-9696


October 16, 2026

## NOTICE OF NEED FOR PAPER SERVICE

We are respectfully notifying the Court that we will need to be served paper copies in addition to any electronic service of future motions, counter motions, and all other filings due to the fact that the FCC's willful violation of the law will make it very difficult to access our email and the ECF filing system in a timely fashion if Verizon/Frontier Communications' proposed copper discontinuance is allowed to proceed.

Respectfully submitted,

Catherine E. Kleiber

Daniel J. Kleiber

Gilbert D. Kleiber

Ezra M. Kleiber

N9387 Riverview Dr.
Waterloo, WI 53594
920-478-9696

October 16, 2026

**EXHIBIT A**

*June, July, August, and September 2026 Phone Bills demonstrating lack of timely notice related to the proposed discontinuance of copper home communication service.*

**EXHIBIT B**

*Comments Invited on Verizon's Section 214 Application to Discontinue Domestic Legacy Voice Services as Part of a Technology Transition,* WC Docket No. 26-170, Released on July 21, 2026, Deemed Granted on August 21, 2026

CATHERINE KLEIBER Account Number:

Billing Date:
**Jun 10, 2026**

Billing Period:
**Jun 10 - Jul 09, 2026**

# WAYS TO PAY YOUR BILL

Easy, simple, secure payments with Auto Pay at frontier.com/autopay

Download the MyFrontier® app

For help: Customer Service at frontier.com/helpcenter, chat at frontier.com/chat, or call us at 800-921-8101.
Visually impaired/TTY customers, call 877-462-6606.

**PAYING YOUR BILL**

You are responsible for all legitimate, undisputed charges on your bill. Paying by check authorizes Frontier to make a one-time electronic funds transfer from your account, as early as the day your check is received. When making an online payment, please allow time for the transfer of funds. If funds are received after the due date, you may be charged a fee, your service may be interrupted, and you may incur a reconnection charge to restore service. A fee may be charged for a bank returned check. Continued nonpayment of undisputed charges (incl. 900 and long distance charges) may result in collection action and a referral to credit reporting agencies, which may affect your credit rating.

**IMPORTANT MESSAGES**

You must pay all basic local service charges to avoid basic service disconnection. Failure to pay other charges will not cause disconnection of your basic service but this may cause other services to be terminated. Frontier Bundles may include charges for both basic and other services. Frontier periodically audits its bills to ensure accuracy which may result in a retroactive or future billing adjustment. Internet speed, if noted, is the maximum wired connection speed for selected tier; Wi-Fi speeds may vary; actual and average speed may be slower and depends on multiple factors. Performance details are at frontier.com/internetdisclosures.

**SERVICE TERMS**

Visit frontier.com/terms, frontier.com/tariffs or call Customer Service for information on tariffs, price lists and other important Terms, Conditions and Policies ("Terms") related to your voice, Internet and/or video services including limitations of liability, early termination fees, the effective date of and billing for the termination of service(s) and other important information about your rights and obligations, and ours. Frontier's Terms include a binding arbitration provision to resolve customer disputes (frontier.com/terms/arbitration). **Video and Internet services are subscription-based and are billed one full month in advance. Video and/or Internet service subscription cancellations and any early termination fees are effective on the last day of**

**CATHERINE KLEIBER** Account Number:

Billing Date:
**Jul 10, 2026**

Billing Period:
**Jul 10 - Aug 09, 2026**

# WAYS TO PAY YOUR BILL

Easy, simple, secure payments with Auto Pay at frontier.com/autopay

Download the MyFrontier® app

For help: Customer Service at frontier.com/helpcenter, chat at frontier.com/chat, or call us at 800-921-8101.
Visually impaired/TTY customers, call 877-462-6606.

**PAYING YOUR BILL**
You are responsible for all legitimate, undisputed charges on your bill. Paying by check authorizes Frontier to make a one-time electronic funds transfer from your account, as early as the day your check is received. When making an online payment, please allow time for the transfer of funds. If funds are received after the due date, you may be charged a fee, your service may be interrupted, and you may incur a reconnection charge to restore service. A fee may be charged for a bank returned check. Continued nonpayment of undisputed charges (incl. 900 and long distance charges) may result in collection action and a referral to credit reporting agencies, which may affect your credit rating.

**IMPORTANT MESSAGES**
You must pay all basic local service charges to avoid basic service disconnection. Failure to pay other charges will not cause disconnection of your basic service but this may cause other services to be terminated. Frontier Bundles may include charges for both basic and other services. Frontier periodically audits its bills to ensure accuracy which may result in a retroactive or future billing adjustment. Internet speed, if noted, is the maximum wired connection speed for selected tier; Wi-Fi speeds may vary; actual and average speed may be slower and depends on multiple factors. Performance details are at frontier.com/internetdisclosures.

**SERVICE TERMS**
Visit frontier.com/terms, frontier.com/tariffs or call Customer Service for information on tariffs, price lists and other important Terms, Conditions and Policies ("Terms") related to your voice, Internet and/or video services including limitations of liability, early termination fees, the effective date of and billing for the termination of service(s) and other important information about your rights and obligations, and ours. Frontier's Terms include a binding arbitration provision to resolve customer disputes (frontier.com/terms/arbitration). **Video and Internet services are subscription-based and are billed one full month in advance. Video and/or Internet service subscription cancellations and any early termination fees are effective on the last day of your Frontier billing cycle. No partial**

CATHERINE KLEIBER Account Number:

Billing Date:
**Aug 10, 2026**

Billing Period:
**Aug 10 - Sep 09, 2026**

# WAYS TO PAY YOUR BILL

Easy, simple, secure payments with Auto Pay at frontier.com/autopay

Download the MyFrontier© app

For help: Customer Service at frontier.com/helpcenter, chat at frontier.com/chat, or call us at 800-921-8101.
Visually impaired/TTY customers, call 877-462-6606.

**PAYING YOUR BILL**

You are responsible for all legitimate, undisputed charges on your bill. Paying by check authorizes Frontier to make a one-time electronic funds transfer from your account, as early as the day your check is received. When making an online payment, please allow time for the transfer of funds. If funds are received after the due date, you may be charged a fee, your service may be interrupted, and you may incur a reconnection charge to restore service. A fee may be charged for a bank returned check. Continued nonpayment of undisputed charges (incl. 900 and long distance charges) may result in collection action and a referral to credit reporting agencies, which may affect your credit rating.

**IMPORTANT MESSAGES**

You must pay all basic local service charges to avoid basic service disconnection. Failure to pay other charges will not cause disconnection of your basic service but this may cause other services to be terminated. Frontier Bundles may include charges for both basic and other services. Frontier periodically audits its bills to ensure accuracy which may result in a retroactive or future billing adjustment. Internet speed, if noted, is the maximum wired connection speed for selected tier; Wi-Fi speeds may vary; actual and average speed may be slower and depends on multiple factors. Performance details are at frontier.com/internetdisclosures.

**SERVICE TERMS**

Visit frontier.com/terms, frontier.com/tariffs or call Customer Service for information on tariffs, price lists and other important Terms, Conditions and Policies ("Terms") related to your voice, Internet and/or video services including limitations of liability, early termination fees, the effective date of and billing for the termination of service(s) and other important information about your rights and obligations, and ours. Frontier's Terms include a binding arbitration provision to resolve customer disputes (frontier.com/terms/arbitration). **Video and Internet services are subscription-based and are billed one full month in advance. Video and/or Internet service subscription cancellations and any early termination fees are effective on the last day of**

**CATHERINE KLEIBER** Account Number:

Billing Date:
**Sep 10, 2026**

Billing Period:
**Sep 10 - Oct 09, 2026**

# WAYS TO PAY YOUR BILL

Easy, simple, secure payments with Auto Pay at frontier.com/autopay

Download the MyFrontier® app

For help: Customer Service at frontier.com/helpcenter, chat at frontier.com/chat, or call us at 800-921-8101.
Visually impaired/TTY customers, call 877-462-6606.

**PAYING YOUR BILL**

You are responsible for all legitimate, undisputed charges on your bill. Paying by check authorizes Frontier to make a one-time electronic funds transfer from your account, as early as the day your check is received. When making an online payment, please allow time for the transfer of funds. If funds are received after the due date, you may be charged a fee, your service may be interrupted, and you may incur a reconnection charge to restore service. A fee may be charged for a bank returned check. Continued nonpayment of undisputed charges (incl. 900 and long distance charges) may result in collection action and a referral to credit reporting agencies, which may affect your credit rating.

**IMPORTANT MESSAGES**

You must pay all basic local service charges to avoid basic service disconnection. Failure to pay other charges will not cause disconnection of your basic service but this may cause other services to be terminated. Frontier Bundles may include charges for both basic and other services. Frontier periodically audits its bills to ensure accuracy which may result in a retroactive or future billing adjustment. Internet speed, if noted, is the maximum wired connection speed for selected tier; Wi-Fi speeds may vary; actual and average speed may be slower and depends on multiple factors. Performance details are at frontier.com/internetdisclosures.

**SERVICE TERMS**

Visit frontier.com/terms, frontier.com/tariffs or call Customer Service for information on tariffs, price lists and other important Terms, Conditions and Policies ("Terms") related to your voice, Internet and/or video services including limitations of liability, early termination fees, the effective date of and billing for the termination of service(s) and other important information about your rights and obligations, and ours. Frontier's Terms include a binding arbitration provision to resolve customer disputes (frontier.com/terms/arbitration). **Video and Internet services are subscription-based and are billed one full month in advance. Video and/or Internet service subscription cancellations and any early termination fees are effective on the last day of**

©2026 Verizon. All Rights Reserved.



FRONTIER
A Verizon Company

## Important Update About Your Home Phone Service

We're pleased to inform you about updates to the home phone service in your area to provide more consistent performance and reliability. As part of our ongoing network improvements, service will be delivered using modern fiber or wireless technology where available.Traditional copper-based home phone service will be discontinued, and we're here to support you through this transition.

**What This Means for You**
You don't need to take action right now. There's no change or interruption to your service today. If you want to explore your options early or have questions, give us a call at **888.791.9197**.

**What's Changing and When**

- **On or after September 14, 2026:** We will begin contacting customers whose services will be discontinued, by letter, with more details and next steps to support you as you transition your services.
- **On or after November 16, 2026:** Copper-based home phone services will be discontinued, subject to Federal Communications Commission (FCC) approval.
- You will receive advance notice by letter with your specific disconnection date.

**Service Affected**
Home Phone Service: copper-based dial tone phone service.

**Your Options**
When it's time to make a change, you'll have several options – including moving to a modern solution that:

- Lets you keep your current phone number
- Supports essential services like 911, alarm systems and many medical devices
- Delivers a reliable, modern service
- Provides battery backup (See Attachment A for battery backup information for home phone service).

You can also choose to transfer your home phone or internet service to another provider.

**Additional Information**

- Starting August 28, 2026, subject to FCC approval, we will stop accepting new orders for Frontier copper-based home phone service in your area. Customers may be eligible for service over our wireless networks.
- All changes are subject to any applicable contractual obligations and regulatory approvals.
- If you've already received a different disconnection notice with an earlier date, that date will still apply.

Thank you for being a Frontier customer. We're committed to making this transition as simple and smooth as possible.

Sincerely,
**Frontier, a Verizon Company**

On behalf of
The address is Frontier Communications Holdings LLC, 1 Verizon Way, Legal Department, Basking Ridge NJ 07920

| State | Company |
|---|---|
| Florida | Frontier Communications of the South, LLC<br>Frontier Florida LLC<br>Frontier Tampa Bay FL Fiber 1 LLC |
| Indiana | Frontier Communications of Indiana LLC<br>Frontier Communications of Thorntown LLC<br>Frontier North Inc.<br>Frontier Midstates Inc. |
| Minnesota | Citizens Telecommunications Company of Minnesota, LLC<br>Frontier Communications of Minnesota, Inc. |
| Nevada | Citizens Telecommunications Company of Nevada<br>Frontier Communications of the Southwest Inc. |
| Nebraska | Citizens Telecommunications Company of Nebraska |



| State | Company |
|---|---|
| North Carolina | Frontier Communications of the Carolinas LLC |
| Texas | Frontier Dallas TX Fiber 1 LLC<br>Frontier Southwest Incorporated |
| Wisconsin | Frontier Communications of Wisconsin LLC<br>Frontier North Inc.<br>Citizens Telecommunications Company of Illinois |

The following notice applies to the services in this notification, is required by the Federal Communications Commission ("FCC" or "Commission"), and is applicable to the communications services listed in this letter:

The FCC will normally authorize this proposed discontinuance of service (or reduction or impairment) unless it is shown that customers would be unable to receive service or a reasonable substitute from another carrier or that the public convenience and necessity is otherwise adversely affected. If you wish to object, you should file your comments as soon as possible, but no later than 15 days after the Commission releases public notice of the proposed discontinuance. You may file your comments electronically through the FCC's Electronic Comment Filing System using the docket number established in the Commission's public notice for this proceeding, or you may address them to the Federal Communications Commission, Wireline Competition Bureau, Competition Policy Division, Washington, DC 20554, and include in your comments a reference to the § 63.71 Application of Frontier Communications of the South, LLC, Frontier Florida LLC, Frontier Tampa Bay FL Fiber 1 LLC, Frontier Communications of Indiana LLC, Frontier Communications of Thorntown LLC, Frontier North Inc., Frontier Midstates Inc., Citizens Telecommunications Company of Minnesota, LLC, Frontier Communications of Minnesota, Inc., Citizens Telecommunications Company of Nevada, Frontier Communications of the Southwest Inc., Citizens Telecommunications Company of Nebraska, Frontier Communications of the Carolinas LLC, Frontier Dallas TX Fiber 1 LLC, Frontier Southwest Incorporated, Frontier Communications of Wisconsin LLC, Verizon South Inc.,

Frontier North Inc. and Citizens Telecommunications Company of Illinois. Comments should include specific information about the impact of this proposed discontinuance (or reduction or impairment) upon you or your company, including any inability to acquire reasonable substitute service. upports essential services like 911, alarm systems and many medical devices

**Attachment A - Additional Information for Home Phone Services**

**Home Phone Over the Wireless Network**

These devices include battery backup capability.

- Under typical conditions for current solutions, the battery provides up to 24 hours of backup power during a power outage.
- Actual battery life may vary depending on network conditions, features in use, call frequency and usage patterns.

Important Notes:

- The device does not provide line power to your home telephones.
- Different models may include either a rechargeable battery or replaceable AA batteries.
- Replacement batteries are widely available.
- If the device has no electrical power or battery power, it will not function, including for 911 emergency calls.

Steps to take to ensure safe usage and security responsibilities:

- You must enter the US address where you want emergency services to be sent if you call 911, before voice service can be activated. If you move your equipment, you must update your service address with us immediately.
- You are responsible for obtaining and maintaining a backup battery or rechargeable batteries for your equipment, to ensure service continuity.
- To ensure service during an outage, a charged battery must be installed.



- The device must be properly connected to power when not in use.

**Unlimited Digital Voice (a Frontier fiber-based service)**

These devices include battery backup capability.

- Under typical conditions for current solutions, fully charged batteries in the battery backup unit provide 24 hours of backup power during a power outage.
- Actual battery life may vary depending on network conditions, features in use, call frequency, usage patterns.
- Replacement batteries are widely available: the backup battery unit uses 12 D cell batteries.

Important Notes:

- Unlimited Digital Voice service is delivered over fiber and does not supply power through the phone line.
- Battery backup units are provided to consumers who migrate from a copperbased phone service, providing up to 24 hours of backup power during power outages.
- If the device has no electrical power or battery power, it will not function, including for 911 emergency calls.

Steps to take to ensure safe usage and security responsibilities:

- To maintain power during a power outage, you will need a battery backup unit.
- This allows you to continue making and receiving calls, including emergency and 911 calls.
- If you move you must update your service address with us immediately.
- You are responsible for obtaining and maintaining a backup battery and rechargeable batteries for your equipment to ensure service continuity.
- To ensure service during an outage charged batteries must be installed.
- You are responsible for obtaining replacement "D" cell batteries for continued use during an extended power outage.
- The device must be properly connected to power when not in use.

**Landline Phones and Power Requirements**

Some phones - especially cordless models - require electricity to operate.

- If your phone requires external power, it will not work during a power outage, even if your service has battery backup.
- This includes the ability to make or receive 911 calls.
- For maximum reliability during power outages, consider using a corded phone that does not require external power.

**Mobile Wireless Services**

- Verizon mobile wireless voice service does not provide line power to keep it operational during an extended electrical power outage, beyond a single charge of the mobile phone battery. However, Verizon's mobile wireless service does not require a backupbattery to remain operational during electric power outages of several hours or less.

Steps to take to ensure safe usage and security responsibilities:

- To maintain phone service during these times, you will have to arrange for an alternative source of power for your Verizon mobile phone.
- Modern cell phones can go without a charge for more than 24 hours when kept in standby mode.
- For longer outages, cell phones can be recharged in a car, with a laptop, or with a power bank, which is inexpensive and available online and at various retail stores. You can purchase a backup battery online or from a retail electronics store to maintain your wireless phone service in the event of an extended electrical power outage at your home. Such devices typically start at approximately $20.
- Cell phones will not operate without backup power in the event of an extended power outage. In that situation, you will not be able to make or receive calls, including emergency 911 calls, unless you recharge the phone with a backup battery.



- Since wireless phones are mobile, they are not associated with one fixed location or address. If you make an emergency 911 call with your mobile phone, you should provide the emergency operator the location of your emergency and your wireless phone number, so if the call gets disconnected, the operator can call you back.
  Additional information is available on the FCC's website (https://www.fcc.gov/consumers/guides/wireless-911-service).

# PUBLIC NOTICE

**Federal Communications Commission**
**45 L Street, NE**
**Washington, D.C. 20554**

**News Media Information 202 / 418-0500**
**Internet: http://www.fcc.gov**


**DA 26-763**
**Released: July 21, 2026**

## COMMENTS INVITED ON VERIZON'S SECTION 214 APPLICATION TO DISCONTINUE DOMESTIC LEGACY VOICE SERVICE AS PART OF A TECHNOLOGY TRANSITION

**WC Docket No. 26-170**

**Comments Due: August 5, 2026**

Unless otherwise specified, the following procedures and dates apply to the application(s) (the Section 214 Discontinuance Application(s)) listed in the Appendix.

The Wireline Competition Bureau (Bureau), upon initial review, has found the Section 214 Discontinuance Application(s) listed herein to be acceptable for filing and subject to the procedures set forth in Section 63.71 of the Commission's rules.[1] The application(s) request authority, under section 214 of the Communications Act of 1934, as amended,[2] and section 63.71 of the Commission's rules,[3] to discontinue, reduce, or impair certain domestic telecommunications service(s) (Affected Service(s)) in specified geographic areas (Service Area(s)) as applicable and as fully described in each application.

In accordance with section 63.71(f) of the Commission's rules, the Section 214 Discontinuance Application(s) listed in the Appendix will be deemed granted automatically on **August 21, 2026**, the 31st day after the release date of this public notice, unless the Commission notifies any applicant(s) that their grant will not be automatically effective.[4] We note that the date on which an application for Commission authorization is deemed granted may be different from the date on which applicants are authorized to discontinue service ("Authorized Date"). Any applicant whose application has been deemed granted may

---

[1] 47 CFR § 63.71.

[2] 47 U.S.C. § 214.

[3] 47 CFR § 63.71.

[4] *See* 47 CFR § 63.71(f)(1) (stating, in relevant part, that an application filed by a non-dominant carrier "shall be automatically granted on the 31st day… unless the Commission has notified the applicant that the grant will not be automatically effective"); *see also* 47 CFR § 63.71(f)(2)(i) (stating that "[a]n application to discontinue, reduce, or impair an existing retail service as part of a technology transition, as defined in § 63.60(i), may be automatically granted… if: The applicant provides affected customers with the notice required under paragraph (a)(6) of this section, and the application contains the showing or certification described in § 63.602(b)"); *Accelerating Wireline Broadband Deployment by Removing Barriers to Infrastructure Investment*, WC Docket No. 17-84, Order, DA 25-248, para. 6 (WCB Mar. 20, 2025) (waiving the Adequate Replacement Test's "single replacement service" requirement for a period of two years when a carrier seeks to discontinue a legacy voice service pursuant to section 214(a), thereby allowing carriers to satisfy all three prongs of the Adequate Replacement Test with a bundled service); *Technology Transitions*, GN Docket No. 13-5, Order on Clarification, DA 25-250, para. 6 (WCB Mar. 20, 2025) (clarifying the applicability of the testing methodology and parameters required for meeting the streamlining criteria when a carrier submits a technology transition discontinuance application relying on the "totality of the circumstances" under the Adequate Replacement Test)).

discontinue their Affected Service(s) in their Service Area(s) on or after the authorized discontinuance date(s) specified in the Appendix, in accordance with their filed representations. Accordingly, pursuant to section 63.71(f), and the terms outlined in each application, absent further Commission action, each applicant may discontinue the Affected Service(s) in the Service Area(s) described in their application on or after the authorized discontinuance date(s) listed in the Appendix for that application. For purposes of computation of time when filing a petition for reconsideration, application for review, or petition for judicial review of the Commission's decision(s), the date of "public notice" shall be the later of the auto grant date stated above in this Public Notice, or the release date(s) of any further public notice(s) or order(s) announcing final Commission action, as applicable. Should no petitions for reconsideration, applications for review, or petitions for judicial review be timely filed, the proceeding(s) listed in this Public Notice shall be terminated, and the docket(s) will be closed.

Comments objecting to the application listed in the Appendix must be filed with the Commission on or before **August 5, 2026**. Comments should refer to the specific WC Docket No. and Comp. Pol. File No. listed in the Appendix for the Section 214 Discontinuance Application. Comments should include specific information about the impact of the proposed discontinuance on the commenter, including any inability to acquire reasonable substitute service. Comments may be filed using the Commission's Electronic Comment Filing System (ECFS). *Electronic Filers*: Comments may be filed electronically using the Internet by accessing the ECFS: https://www.fcc.gov/ecfs. Filers should follow the instructions provided on the Web site for submitting comments. Generally, only one copy of an electronic submission must be filed. In completing the transmittal screen, filers should include their full name, U.S. Postal Service mailing address, and the applicable docket number.

*Paper Filers*: Parties who choose to file by paper must file an original and one copy of each filing. Filings can be sent by hand or messenger delivery, by commercial courier, or by the U.S. Postal Service. **All filings must be addressed to the Secretary, Federal Communications Commission.** Hand-delivered or messenger-delivered paper filings for the Commission's Secretary are accepted between 8:00 a.m. and 4:00 p.m. by the FCC's mailing contractor at 9050 Junction Drive, Annapolis Junction, MD 20701. All hand deliveries must be held together with rubber bands or fasteners. Any envelopes and boxes must be disposed of before entering the building. Commercial courier deliveries (any deliveries not by the U.S. Postal Service) must be sent to 9050 Junction Drive, Annapolis Junction, MD 20701. Filings sent by U.S. Postal Service First-Class Mail, Priority Mail, and Priority Mail Express must be sent to 45 L Street NE, Washington, DC 20554.

This proceeding shall be treated as a "permit-but-disclose" proceeding in accordance with the Commission's *ex parte* rules.[5] Persons making *ex parte* presentations must file a copy of any written presentation or a memorandum summarizing any oral presentation within two business days after the presentation (unless a different deadline applicable to the Sunshine period applies). Persons making oral *ex parte* presentations are reminded that memoranda summarizing the presentation must (1) list all persons attending or otherwise participating in the meeting at which the *ex parte* presentation was made, and (2) summarize all data presented and arguments made during the presentation. If the presentation consisted in whole or in part of the presentation of data or arguments already reflected in the presenter's written comments, memoranda or other filings in the proceeding, the presenter may provide citations to such data or arguments in his or her prior comments, memoranda, or other filings (specifying the relevant page and/or paragraph numbers where such data or arguments can be found) in lieu of summarizing them in the memorandum. Documents shown or given to Commission staff during *ex parte* meetings are deemed to be written *ex parte* presentations and must be filed consistent with rule 1.1206(b). In proceedings governed by rule 1.49(f) or for which the Commission has made available a method of

[5] 47 CFR § 1.1200 *et seq.*

electronic filing, written *ex parte* presentations and memoranda summarizing oral *ex parte* presentations, and all attachments thereto, must be filed through the electronic comment filing system available for that proceeding, and must be filed in their native format (e.g., .doc, .xml, .ppt, searchable .pdf). Participants in this proceeding should familiarize themselves with the Commission's *ex parte* rules.

*People with Disabilities*: To request materials in accessible formats for people with disabilities (braille, large print, electronic files, audio format), send an e-mail to fcc504@fcc.gov or call the Consumer & Governmental Affairs Bureau at 202-418-0530.

For further information, please see the contact(s) for the specific discontinuance proceeding you are interested in as listed in the Appendix. For further information on procedures regarding section 214 please visit https://www.fcc.gov/general/domestic-section-214-discontinuance-service.

– FCC –

## Appendix

1) **Applicant(s): Citizens Telecommunications Company of Illinois; Citizens Telecommunications Company of Minnesota, LLC; Citizens Telecommunications Company of Nebraska; Citizens Telecommunications Company of Nevada; Frontier Communications of the Carolinas LLC; Frontier Communications of Indiana LLC; Frontier Communications of Minnesota, Inc.; Frontier Communications of the South, LLC; Frontier Communications of the Southwest Inc.; Frontier Communications of Thorntown LLC; Frontier Communications of Wisconsin LLC; Frontier Dallas TX Fiber 1 LLC; Frontier Florida LLC; Frontier Midstates Inc.; Frontier North Inc.; Frontier Southwest Incorporated; Frontier Tampa Bay FL Fiber 1 LLC; and Verizon South Inc., all Verizon companies (Verizon)**
   **WC Docket No. 26-170, Comp. Pol. File No. 2159**
   **Link** – https://www.fcc.gov/ecfs/search/search-filings/results?q=(proceedings.name:(%2226-170%22))
   **Affected Service(s)** – residential and business legacy TDM-based voice service
   **Service Area(s)** – throughout the former Frontier telephone service areas in Florida, Indiana, Minnesota, Nebraska, Nevada, North Carolina, Texas, and Wisconsin, as specified in the application
   **Authorized Date(s)** – on or after November 16, 2026
   **Contact(s)** – Kimberly Jackson, (202) 418-7393 (voice), Kimberly.Jackson@fcc.gov, of the Competition Policy Division, Wireline Competition Bureau
   **Note:** Counsel for Verizon has confirmed that the proposed discontinuance date is November 16, 2026 as stated in the customer notice and that Frontier Communications of Michigan, Inc. is not an applicant as inadvertently stated in the customer notice.